No. 04–6715. HALL *v.* MILLER. Sup. Ct. Ky.; and

No. 04–6768. FAN *v.* NAG ET AL. C. A. 6th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until January 3, 2005, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 04–7307. IN RE CAJA FONESCA. Petition for writ of habeas corpus denied.

No. 03–10858. BROOMES ET AL. *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–173. QUINN ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 04–190. PETRO-HUNT, L. L. C., ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–198. R. J. FITZGERALD & CO., INC., ET AL. *v.* COMMODITY FUTURES TRADING COMMISSION. C. A. 11th Cir. Certiorari denied.

No. 04–206. SL SERVICE, INC. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 04–482. DILLARD'S, INC. *v.* BYRD. C. A. 11th Cir. Certiorari denied.

No. 04–483. HUNTER *v.* PORTER. App. Ct. Mass. Certiorari denied.

No. 04–486. LAPIDES *v.* NATIONAL CITY BANK OF MINNEAPOLIS. C. A. 4th Cir. Certiorari denied.

No. 04–490. PARKER *v.* MCLAURIN ET AL. C. A. 5th Cir. Certiorari denied.